Clerk of Court
U.S. Court House
601 Market St
Philadelphia, PA, 19106

Dear Clerk, 3/28/25

Enclosed you will find the following documents:

- Complaint (Bill in Equity)
- Act of State/Reaffirmation of Character/Renunciation of Attempted Expatrations (Attachment 1A-1B)
- Declaration of Private citizen, and release of signature and Suretyship (Attachment 2)
- Notice of Interest/Claim (Attachment 3A-3B)
- Memorandum of law (Attachment 4A-4F)

Thank you for your time.

Notice to principal is notice to Agent
Notice to Agent is notice to Principal

By _____
Marcus Acie-Griffin [QP55947]
C/O 1200 Mokuchic Dr.
Collegeville, Pennsylvania
near [19426]


RECEIVED APR 8 2025

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Marcus Acie-Griffin  
    Petitioner

V.

Secretary of the Treasury  
    Respondent

Bill No.

Bill in Equity

## Complaint

The petitioner brings this cause of action angainst the respondent and avers as follows:

1. This action is between the petitioner, Marcus Acie-Griffin, a private citizen, located c/o 1200 Mokychic Drive, collegeville, Pennsylvania republic, near [19426], and Secretary of the United States Department of the Treasury, located at 1500 Pennsylvania Ave NW, Washington DC, 20220. There is a diversity of citizenship.

2. The matter in controversy, exclusive of interest and cost, exceeds the value of $75,000.

3. On September 7th, 2024, petitioner, Marcus Acie-Griffin, made a claim to rights and interest in the private estate, and any and all property belonging to such estate, Titled: "MARCUS ANTHONY ACIE-GRIFFIN", identified by Birth Certificate Number "1339190-1992", and in trust account number ▮▮▮▮▮▮▮▮ as beneficial owner, and noticed respondent via U.S. Mail [see attachments 1A - 3B]

4. No response was received from the respondent within the thirty day time frame provided in the "Notice of Interest" which constituted acceptance of the claim.

WHEREFORE, the petitoner demands the following:

a. the "Notice of Interest" to be recorded on a private document granting the petitoner equitable title to the cestui que trust.

b. a Full Accounting

c. and an extinguishment of debts and liabilities

By _/s/ Marcus Acie-Griffin_  
Marcus Acie-Griffin  
c/o 1200 Mokychic Drive  
Collegeville, Pennsylvania Republic, near [19426]

Archetype

Form: publici sui juris / Affidavit
Session: one Supreme Court

## Act of State
## Reaffirmation of Character
## And Renunciation of Attempted Expatrations

I, Marcus Anthony Acie-Griffin, by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional public survey boundaries within Pennsylvania, a Republic, of the constitutional Township, Collegeville, within the body of a constitutional county, Montgomery, the proper jurisdiction of a Common Law thereto, do solemnly make this Reaffirmation of Character, pursuant to my absolute freedom of religion, of an Ambassador and Subject-Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign Citizen-Pricipal in good standing and Behavior, Public Minister (Ambassador), and "dominium" (absolute owner) Inhabitant of the organic United States ("a more perfect union") under the constitution for the United States of America (1791 to date) as ordained and established, with reservation of all Divinely created an inherent unalienable Rights/Privileges. It is, at the same time I renounce fictions or otherwise, of any changes in my Lawful Citizenship Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictitious U.S.: "person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "DEBTOR", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Admiralty/Fictitious Democracy UNITED STATES, et al. Such Corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, U.S., US, STATE OF PENNSYLVANIA, COUNTY OF MONTGOMERY, CITY OF COLLEGEVILLE, MARCUS ANTHONY ACIE-GRIFFIN, MARCUS A. ACIE-GRIFFIN, M ANTHONY ACIE-GRIFFIN, MARCUS ACIE-GRIFFIN, or any variation thereof, ▮▮▮▮ etc. This doctrine of " Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace of and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties("Life, Liberty, and the Pursuit of Happiness"), until such times as the present De Facto/Renegade/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Seal) Number (Apostille Number), as has been recognized, received, recorded, and issued by the De Facto/Renegade/Corporate government. As this number is the International registration, National authentication, and State certification of a Public Document of the United States of America, my Nations, and my Citizenships, as well as identification of all guaranteed, properties, whether Public or Private, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private or Public properties by any of the De Facto/Corporate officers, etc., will result in damages of Ten Million Dollars of United States Treaty States, nation-state specie Money (United States Dollars silver) that being enumerated in Article I, Section 10, Clause 1 as "gold and silver coin" in the Constitution for the United States of America (1791 to date) to be multiplied by not only the damaging party(ies), but all those in concert and cause of action. This Declaration is made absolute by the enclosed Apostille (the State of Pennsylvania), copy and pursuant to 15 Stat. Ch. 249 pg.223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record, (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible id is law to be applied nationally); or upon the passing of a customary and reasonable time of ten(10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to Me pursuant to Congressional demand within 15 Stat. Ch. 249. Dates: spiritual "In The Beginning" plus Six days: Announcement of Diplomatic Arrival: October 20, 1992

_____  7/16/24
Me, American, Private, Senient;            Date
Sovereign; Divine Inhabitant within Norh America; within Pennsylvania, a Republic;
"within" a constitutional county and a constitutional township republic.

_____ 7/6/24            _____ 7/6/24
Divine, Sentient, and Common Law Witness  Date     Divine, Sentient, and Common Law Witness  Date

Attachment 1A

Archetype

Form: publici sui juris / Affidavit
Session: one Supreme Court

Act of State
Primary Signature Certification
(Convention De La Haye Du 5 October 1961)
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention #12)

I, Marcus Anthony Acie-Griffin, do hereby certify the Sentient signature on the Archetype Document enclosed to be a true, corrrect, complete and not misleading original, containing the primary signature as sealed below. This notarization is for the purpose of signature(autograpgh) certification only, for foreign use (i.e.,United States of America) of the U.S. originated document. This is pursuant to the Hague Conference on Private International Law dated October 5th, 1981, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention , and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

The State of Pennsylvania          Acknowledged before me the 7th day of July 2024 A.D.

The County of Montgomery

_____          _____          Commonwealth of Pennsylvania - Notary Seal
Sentient Citizen; Autograph         Notary Signature                    Ling Shan, Notary Public
                                                                        Montgomery County
                                                                        My commission expires March 5, 2026
                                                                        Commission number 1282128
                                                                        Member, Pennsylvania Association of Notaries

Apostille Number:_____

Reaffirmation of Character and renunciation of Attempted Expatriation / Act of State

Case 2:25-cv-01331-JDW Document 1-SEALED Filed 04/08/25 Page 5 of 14
Case 2:25-cv-01331-JDW Document 1-SEALED Filed 04/08/25 Page 5 of 14
Attachment 2

## Notice

i. Marcus A. Acie-Griffin, hereby declare my status as a private citizen. i make this declaration under Section 1 of the 14th amendment. As a private citizen, i am excluded from the "Emergency Banking Relief Act" and the "War Powers Act."

i, Marcus A. Acie-Griffin, am not the principal: MARCUS ANTHONY ACIE-GRIFFIN : but the agent, and hereby release my signature and suretyship. Also, this notice shall serve as an indemnify of the United States of America and release the United States of America from duties and obligations as they relate to the enemies and belligerents of the "War Powers Act."

Notice to the principal is notice to agent
Notice to the agent is notice to principal

You have been duly noticed.

Date: 9/7/24                                By: _____
                                                Grantor / Grantee

Principal: MARCUS ACIE-GRIFFIN              Signed: Marcus Griffin

Record acknowledged before me the 7th day of September, 2024

_____ Notary Public

[Notary Seal: Commonwealth of Pennsylvania - Notary Seal, Ling Shan, Notary Public, Montgomery County, My commission expires March 5, 2026, Commission number 1282128, Member, Pennsylvania Association of Notaries]

Dealin Cordell Bales            Denisa
Witness 1 (Print)               Witness 1 (Signature)

Ramsey Randall Jr.              Ramsey Randall Jr.
Witness 2 (Print)               Witness 2 (Signature)

Attachment 2

## Notice of interest

This notice is submitted by, i, Marcus A. Acie-Griffin private citizen and agent of principal and legal entity titled: MARCUS ANTHONY ACIE-GRIFFIN ,: to serve as a claim of my interest and equitable title in the private estate and trust fund titled: " MARCUS ANTHONY ACIE-GRIFFIN" and identified by Birth Certificate Number: "1339190-1992", and by account number: "████████"

As my unalienable rights are the highest rights under the rights of God, my rights and entitlement to the above-mentioned trust fund/estate shall not be violated.

i, Marcus A. Acie-Griffin, claim my rights and interest in the estate and any and all property belonging to such estate, as a private citizen having the highest claim as sole beneficiary/grantee of this private trust fund. The equity regards as done, that which ought to have been done. i, Marcus A. Acie-Griffin, seen as a private citizen, shall have my rights and interests restored and any mistake of abandoning property, such as the above-mentioned estate, is corrected as this notice is an equitable claim.

①        Attachment 3A

This notice shall be recorded on a private document, granting me my equitable title to the cestui que trust, which i am entitled to by nature. As a private citizen, equity is the only jurisdiction cognizable of my rights and also the only jurisdiction that will correct my mistakes. Accept this notice as surely an action in equity.

Equity does justice, righteousness, and what is right, not what is at law. This notice shall serve to transfer my beneficial interest in the estate named above and be reviewed in an exclusive equity jurisdiction, as it is an equity matter served in private.

You have been duly noticed of my status as a private citizen and living being. So honor my 5th amendment due process right and accept this notice of my interest and grant me that which i am entitled to.

You have 30 days to respond to this notice, if you do not, you are in acceptance of my claim herein. You have been duly noticed.

Date: 9/7/24

By: _____
Grantor / Grantee

Principal: MARCUS ACIE GRIFFIN

Signed: Marcus Griffin

Record acknowledged before me the 7th day of September 2024

Notary P. [Commonwealth of Pennsylvania - Notary Seal
Ling Shan, Notary Public
Montgomery County
My commission expires March 5, 2026
Commission number 1282128
Member, Pennsylvania Association of Notaries]

Davin Cordell Parker
Witness 1 (Print)

_____
Witness 1 (Signature)

Ramsey Randall
Witness 2 (Print)

Ramsey Randall Rose
Witness 2 (Signature)

Attachment 3B

# MEMORANDUM OF LAW
### WITH POINTS AND AUTHORITIES
### ON 'SOVEREIGNTY' OF THE people
In Relation to 'Government' of the several
Compact De-facto States and the Federal Government.

To_____:

Address:

TO WHOM THESE PRESENTS SHALL COME; GREETINGS; TAKE NOTICE, THAT:

It is a well-understood fact of American history that the most dynamic document that set the course of America is the Declaration of Independence. It was/is the document that disclosed the tyranny of English government, it expressed the 'elements' of the 'Rights of men' within any society, and that "all Men are created equal." The Declaration of Independence stipulated the chain of Authority within 'governments,' and of the obvious fact that the people 'created' government. That it was the 'people' who instituted government and in so doing, the people "secured of the governed."

It also a well established fact that the people did not give up all of the their 'power' to government(s). The Declaration of Independence created the sovereignty in the people; not in government. Therefore the people are above the creature(s) they created (government) and that those who work for/in government(s) are "Public Servants" and have placed themselves in a subservient position, to serve the people within their function/office/position via their "Oath of Office".

In regards to the principles established in The Declaration of Independence and the subsequent "Constitutions? Written and created after it, and of the true sovereignty, a written Constitution is not only the direct and basic expression of the sovereign will, it is also the absolute rule of action and decision for all departments and offices of government with respect to all matters covered by it and preceding after it, and it must control as it is written until it is changed by the authority which established it. (the people!) For reference see; State ex rel. Crenshaw v. Joseph, 175 Ala. 579, 57 So. 942; Schmitt v. F.W. Cook Brewing Co., 187 MD, 623, 120 N.E. 19, 3 A.L.R. 270; Collins v. Martin, 209 Pa. 388, 139 A 122, 55 A.L.R. 311; Travelers; Insurance Co. v. Marshall, 124 Tex. 45, 76 S.W. 2d 1007, 96 AIR. 802; State ex rd. Lemon v. Langle, 45 Wash. 2d 82, 273 P. 2d 464;

… and TAKE NOTICE of the following cases and points:

Attachment 4A

1. "For when the Revolution took place the people of each State became themselves sovereign" Martin et al v. The Lessee of Waddell, (1342) 41 U.S. (16 Pet) 367, 410, 10 L.Ed 997, 1013.)
2. "The (state) Constitution is the supreme law, written by the supreme power of the state, the people themselves." Re Gorham-Fayette Local School Dist., 20 Ohio Misc. 222, 49 Ohio Ops. 2d 143, 250 N.E. 2d 104; State ex rel. Weinberger v. Miller, 87 Ohio St. 12, 99 NE. 1078.
3. "The Constitution is the voice of the people speaking in their sovereign capacity, and it must be heeded; when the Constitution speaks with reference to a particular matter, it must be given effect as the paramount law of the land." People v. Parks, 58 cal. 624.
4. "Sovereignty itself is, of course, not subject to law, for its is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power." Yick Wo v. Hopkins, 118 US 356
5. "Under our system the people, who ere there (in England called subjects are here the Sovereign… their rights, whether collective or individual, are not bound to give way to a sentiment of loyalty to the person of a monach. The citizen here (in America) knows no person, however in years to those In him…" United States vs. Lee, 106 U.S. 196 at 208.
6. "Here (in America) sovereignty rests with the people. "Chisolm ex'r. vs. Georgia 1 L.ed (2Dall) 415, 472.
7. "It is true that at (English) common-law the duty of the Attorney General was to represent the King, he being the embodiment of the state. But under the democratic form of government now prevailing the people are King, so the Attorney General's duties are to that Sovereign rather than to the machinery of government." Hancock vs Paxton Kentucky., 516 S.W. 2d page 867 (2) clause 3.

Attachment 4 B

8) "Local laws or ordinances enacted by a city must be consistent with the state Constitution." Bell v Vaughn, 155 Fla. 551, 21 So. 2d 31, Evans v. Berry, 262 N.Y. 61, 186 N.E. 203, 89 A.L.R. 387.

9) "It is the duty of all officials, whether legislative, judicial, executive, administrative, or ministerial, to so perform every official act as not to violate Constitutional provisions."

10. "The provisions of the Constitution must be given effect even if in doing so a statute is held to be inoperative." State ex rel. West v. Butler, 70 Fla. 102, 69 So. 771.

11. "The Constitution was made not to act upon the legislative department alone, but upon every department of the government." Way v. Hillier, 16 Ohio 105.

12. "Courts should not tolerate or condone disregard of law and arbitrary usurpation of power on the part of any officer." [AND NEITHER SHOULD THE PEOPLE!] Ex parte Owen, 10 Okla Crim Rep 284, 136, P 197, Ann Cas 1916A 522.

13. "The officers of the law, in the execution of process, are obliged to know the requirements of the law, and in they mistake them, whether through ignorance or design, and anyone is harmed by their error, THEY MUST RESPOND IN DAMAGES." Rosters v. Marshall, (United States use of Togers v. Conklin) I Wall, (US) 644, 17 L.Ed 714. (emphasis added)

14. "It is a general rule that an officer-executive, administrative, quasi-judicial, ministerial, or otherwise- who acts outside the scope of his jurisdiction and without authorization of law may thereby render him amenable to personal liability..." Cooper v. O'Connor, 69 App DC 100, 99 F 2d 135, 118 ALR 1440; Chamberlain v. Clayton, 56 Iowa 331, 9 NW 237, 41 Am Rep 101.

15. "If a public officer authorizes the doing of an act not within the scope of his authority, he will be held liable." Bailey v. New York, 3 Hill (NY) 531, 38 Am Dec 669, affirmed in 2 Denio 433.

16. "[I]n our country the people are sovereign.... And the government cannot sever its relationship to the people..." Afroyim, 387 U.S. at 257, 87 S.Ct. at 1662.

17. "In common usage, the term "person" does not include the sovereign, and statutes employing it will ordinarily not be construed to do so." U.S. v. United Mine Workers, 330 US 258 (1947), 91 L.Ed 884, 67 S.Ct. 677.

18. "Since in common usage, the term person does not include a Sovereign, statutes not implying the phrases are ordinarily construed to exclude it." 1 U.S.C.S. 1, n 12, United States vs. fox, 94 U.S. 315.

19. "Where rights secured by the Constitution are involved, there can be no rulemaking of legislation which would abrogate them." Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L Ed 2d 694 (1966).

20. "...the Congress cannot revoke the Sovereign Power of the People." Perry v. United States, 294 US 330, 353 (1935).

21. "There is no such thing as a power of inherent sovereignty in the government of the United States. In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it: All else is withheld". Julliard vs. Greenmen, 100 U.S. 421

Attachment 4C

22. "All that government does and provides legitimately is in pursuit of its duty to provide protection for private rights (Wvnhammer v. People, 13 NY 378), which duty is a debt owed to its creator, WE THE PEOPLE and the private disenfranchised individual; which debt and duty is never extinguished nor discharged, and is perpetual. No matter what the government/sate provides for us in manner of convenience and safety, the disenfranchised individual owes nothing to the government." Hale v. Henkel, 201 U.S. 43 at 74.

23. "Under our form of government, the Legislature is not supreme. It is only one of the organs of that absolute sovereignty which resides in the whole body of the people; like other bodies of the government, it can only exercise such powers as has been delegated to it, and when it steps beyond that boundary, its acts... are utterly void." Billings vs. Hall, 7 CA 1 (Court of Appeals, U.S.).

24. "We the people have discharged any debt which may be said to exist or be owed to the state or government. The governments are, however, indebted continually to the people, because the people (the sovereign) created the government corporation and because we suffer its continued existence. The continued debt owed to the people is discharged only as it continues not to violate our private rights, and when government falls in its duty to provide protection- discharge its debt to the people, it is an abandonment (an INJURY) of any and all power, authority or vestige of 'sovereignty' which it possessed, and the laws remain the same, the sovereignty reverting to the people whence it Came." Down v. Bidwell, 182 U.S. 277.

25. "The individual may stand upon his Constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business or to open his door to investigation... He owes no duty to the state since he receives nothing there from, beyond the protection of his life and property. His rights are such as existed by the law of the Land, long antecedent to the organization of the state, and can only be taken from him by due process of the law and in accordance with the Constitution. He owes nothing to the public as long as he does not trespass upon their rights." Supreme Court, Hale vs. Henkle, 201 U.S. 43 at 74.

26. "The people, or the Sovereign are not bound by general words in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind at the King nor the people. The people have been ceded all the rights of the king, the former Sovereign... It is a maxim of the common law that when an act of parliament is made for the public good, the advancement of religion and Justice, and to prevent injury and wrong, the king shall be bound by such an act, though not named; but when a statute is General, and any prerogative rights, title or interest would be divested or taken from the king (or the people) in such case he shall not be bound." The People vs. Herkimer, 15 American Decisions 379, 4 Cowen (NY 345, 348 (1825).

27. The Supreme Court in the case of Wills vs Michigan State Police, 105 L. Ed. 2d 45 (1989) made it perfectly clear that the Sovereign cannot be named in any statute as merely a "person", or "any person." [Affiant am a member of the

Attachment 4D

"sovereignty" as defined in Yick Wo vs. Hopkins, 118 U.S. 356 and The Dred Scott case, 60 U.S. 393.]

28. "Sovereignty itself is, of course, not subject to law for it is the author and source of law." Yick Wo vs Hopkins and Woo Lee vs. Hopkins, 118 U.S. 356
29. "The law subscribes to the king (in America, the people) the attribute of sovereignty; he is sovereign and independent within his own dominion; and owes no kind of subjection to any other potentate upon earth.. Hence, it is, that no suit or action can be brought against the king, even in civil matters, because no court can have jurisdiction over him; for all jurisdiction implies supremacy of power." Chisolm vs. Georgia, 2 Dall. 419, 458.
30. "People of a State are entitled to all rights which formerly belonged to the king by his prerogative." Lansing vs Smith, 4 Wend. 9, 20 (1829).
31. "In Europe, the executive is synonymous with the Sovereign power of the state.. where it is too commonly acquired by force or fraud, or both… In America, however, the case is widely different. Our government is founded upon compact. Sovereignty was, and is in the people." Glass vs The Sloop Betsy, 3 dall 6 (Dallas, U.S. Supreme Court Reporter).
32. "In the United States the people are sovereign and the government cannot sever its relationship to the people by taking away their citizenship." Afroyim vs Rusk 387 U.S. 253 (1967).

NOTE: The following definition of sovereignty is from Bouvier's 14th edition Law Dictionary (quoting from 4 Wheat, 402):

"It has been justly thought a matter of importance to determine from what source the United States derives its authority… the question here proposed is whether our bond of union is a compact entered into by the states, or whether the Constitution is an organic law established by the People. To this we answer; We the People… ordain and establish this Constitution"… the government of the state had only delegated power (from the People) and even if they had an inclination, they had no authority to transfer the authority of the Sovereign People. The people in their capacity as Sovereigns made and adopted the Constitution; and it binds the state governments without the state's consent. The United States, as a whole, therefore, emanates from the People and not from the states, and the Constitution and laws of the states, whether made before or since the adoption of that Constitution of the United States, are subordinate to the United States Constitution and the laws made in pursuance of it.

The people are the Fountain of sovereignty. The whole was originally with them as their own. The state governments are but trustees acting under a derived authority, and had no power to delegate what is not delegated to them. But the people, as the original Fountain might take away what they have lent and in trust to whom they please. They have the whole title, and as absolute proprietors, have the right of using or abusing. –jus utendi et abutendi. It is a maxim consecrated in public law as well as common sense and the necessity of the case that a Sovereign is answerable for his acts only to his God and his own conscience… There is no authority above a Sovererign to which an appeal can be made." 4 Wheat, 402 (Bouvier's 14th Edition Law dictionary: "Sovereignty").

33. "Congress cannot revoke the Sovereign power of the people to override their will as thus declared." Perry vs. United States, (1935), 294 US 330, 353.

NOTE: the above points and authorities are not exhaustive and additions can be added at anytime.

Attachment 4F



Smart Communications/PADOC
SCI- Phoenix
Name Marcus Reid-Griffin
Number QP5594
PO Box 33028
St Petersburg FL 33733

Office of the Clerk
U.S. Courthouse
601 Market St
Philadelphia, PA 19106

7020 0640 0000 4622 4625

CERTIFIED MAIL