IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCUS ACIE-GRIFFIN** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:25-cv-01833-JDW |
| | : | |
| **SECRETARY OF THE TREASURY,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 12th day of May, 2025, upon consideration of Marcus Acie-Griffin's Motion to Proceed *In Forma Pauperis* (ECF No. 5), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that Marcus Acie-Griffin, #QP-5594, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Superintendent of SCI Phoenix or other appropriate official shall assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Acie-Griffin's inmate account; or (b) the average monthly balance in Mr. Acie-Griffin's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Mr. Acie-Griffin's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of

Court equaling 20% of the preceding month's income credited to Mr. Acie-Griffin's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

The Clerk of Court shall send a copy of this Order to the Superintendent of SCI Phoenix.

It is **FURTHER ORDERED** that the Complaint (ECF No. 1) is **DEEMED** filed and is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons stated in the accompanying Memorandum.

I certify that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

The Clerk of Court shall mark this case closed.

                                              **BY THE COURT:**

                                              */s/ Joshua D. Wolson*
                                              **JOSHUA D. WOLSON, J.**